

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00015-CR

Bronwen Victoria **MCHENRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0847-CR-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

The reporter's record was originally due on February 3, 2020, but has not been filed in this court. The court reporter responsible for preparing the record, Lori Schmid, has not filed a notification of late record. Accordingly, it is ORDERED that court reporter Lori Schmid must file the reporter's record within seven days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court